Rome Soap Manufacturing Company, Respondent, v. John T. La Forge and Sons, Inc., et al., Defendants. John T. La Forge and Sons, Inc., Petitioner, v. New York Central Railroad Company and Chicago, Burlington and Quincy Railroad Company, Respondents.

Gen. No. 42,742.

Heard in the second division, first district, this court; opinion filed March 8, 1944. Large, Reno & Zahm and Taylor, Miller, Busch & Boyden, for petitioner; Ralph S.

Zahm and Charles R. Sprowl, of counsel; Packard, Barnes, Schumacher
& Gilmore and Charles Edward Newton, for respondent; Sidney C. Mur-
ray, Frederick W. Flott and Victor L. Lewis, for certain respondent;
C. W. Krohl and C. A. Conway; for certain other respondent.  Opinion
by JUSTICE SCANLAN.  Not to be published in full.